UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jonny Osmar Reyes Obando, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff*,

          - *against* -

AMD Food Corp., Sunshine Food Corp., and Asmatullah Tokhie,

                              *Defendants*.
------------------------------------------------------------X

Case No.: 1:23-cv-01681-LDH-SJB

**REQUEST FOR ENTRY OF DEFAULT**

      Plaintiff Jonny Osmar Reyes Obando (the "Plaintiff"), by and through the undersigned attorneys, Levin-Epstein & Associates, P.C., respectfully requests that the Clerk of the Court enter the default of Defendant Asmatullah Tokhie (the "Defaulting Defendant") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affirmation of Jason Mizrahi, Esq. A Clerk's Certificate is enclosed herewith.

Dated: New York, New York
       April 3, 2023

                                        Respectfully submitted,

                                        By:  /s/ Jason Mizrahi
                                              Jason Mizrahi
                                              Levin-Epstein & Associates, P.C.
                                              60 East 42nd Street, Suite 4700
                                              New York, New York 10165
                                              Tel: (212) 792-0048
                                              Email: Jason@levinepstein.com
                                              *Attorneys for the Plaintiff and proposed FLSA Collection Action Plaintiffs*