UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JONNY OSMAR REYES OBANDO, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

Case No.: 1:23-cv-01681 (LDH)(SJB)

**Plaintiff,**

- against -

AMD FOOD CORP., SUNSHINE FOOD CORP., and ASMATULLAH TOKHIE

**Defendants.**

-------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF JOSEPH M. LABUDA, ESQ. FOR DEFENDANTS

PLEASE TAKE NOTICE that Joseph M. Labuda, Esq. hereby appears as counsel for Defendants. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
April 13, 2023

**MILMAN LABUDA LAW GROUP PLLC**

/s Joseph M. Labuda, Esq.
Joseph M. Labuda, Esq
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
joe@mllaborlaw.com