UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JONNY OSMAR REYES OBANDO, on behalf of
himself and others similarly situated in the proposed     Case No.: 1:23-cv-01681 (LDH)(SJB)
FLSA Collective Action,

                                **Plaintiff,**

               - against -

AMD FOOD CORP., SUNSHINE FOOD CORP., and
ASMATULLAH TOKHIE

                               **Defendants.**
-------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF KYLE F. MONAGHAN, ESQ. FOR DEFENDANTS

PLEASE TAKE NOTICE that Kyle F. Monaghan, Esq. hereby appears as counsel for Defendants. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
        April 13, 2023

                                                                   **MILMAN LABUDA LAW GROUP PLLC**

                                                                   <u>/s Kyle F. Monaghan, Esq.</u>
                                                                   Kyle F. Monaghan, Esq
                                                                   3000 Marcus Avenue, Suite 3W8
                                                                   Lake Success, NY 11042-1073
                                                                   (516) 328-8899 (office)
                                                                   (516) 328-0082 (facsimile)
                                                                   kyle@mllaborlaw.com