**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

Jonny Osmar Reyes Obando, o*n behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                    *Plaintiff,*

- *against* -

AMD Food Corp., Sunshine Food Corp., and Asmatullah Tokhie,

                    *Defendants.*
----------------------------------------------------------------X

Case No.: 1:23-cv-01681-LDH-SJB

**[PROPOSED] CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant AMD Food Corp. has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of AMD Food Corp. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      _____, 2023

                                        Brenna B. Mahoney, Clerk of Court

                                        By: _____
                                               Clerk of Court