UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Jonny Osmar Reyes Obando, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                           *Plaintiff,*

- against -

AMD Food Corp., Sunshine Food Corp., and Asmatullah Tokhie,

                          *Defendants.*

------------------------------------------------------------X

Case No.: 23-cv-1681

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants AMD Food Corp., Sunshine Food Corp., and Asmatullah Tokhie (the "Defendants") having offered to allow Plaintiff Jonny Osmar Reyes Obando (the "Plaintiff") to take a judgment against the Defendants in this action in the total sum of Nine Thousand Dollars ($9,000.00) (the "Judgment Amount").

WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.