UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Jonny Osmar Reyes Obando, on behalf of himself
and others similarly situated in the proposed
FLSA Collective Action,

                            Plaintiff,                     JUDGMENT

    v.                                                       23-cv-01681-LDH-SJB

AMD Food Corp., Sunshine Food Corp.,
and Asmatullah Tokhie,

                            Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 18, 2023; and defendants, AMD Food Corp., Sunshine Food Corp., and Asmatullah Tokhie, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Jonny Osmar Reyes Obando in the total sum of Nine Thousand Dollars ($9,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Jonny Osmar Reyes Obando and against defendants, AMD Food Corp., Sunshine Food Corp., and Asmatullah Tokhie, in the total sum of Nine Thousand Dollars ($9,000.00).

Dated: Brooklyn, New York                                        Brenna B. Mahoney
          September 21, 2023                                    Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk